# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 8348 | **DATE** | 11/21/2003 |
| **CASE TITLE** | Moirav Shaltiel vs. Fortis Insurance Co. | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

| | | |
|---|---|---|
| (1) | ☐ | Filed motion of [ use listing in "Motion" box above.] |
| (2) | ☐ | Brief in support of motion due _____. |
| (3) | ☐ | Answer brief to motion due_____. Reply to answer brief due_____. |
| (4) | ☐ | Ruling/Hearing on _____ set for _____ at _____. |
| (5) | ■ | Status hearing set for 1/16/04 at 9:00 A.M.. |
| (6) | ☐ | Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____. |
| (7) | ☐ | Trial[set for/re-set for] on _____ at _____. |
| (8) | ☐ | [Bench/Jury trial] [Hearing] held/continued to _____ at _____. |
| (9) | ☐ | This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2). |
| (10) | ■ | [Other docket entry] Enter Memorandum Order. If no curative amendment to the Complaint is filed in this court's chambers on or before December 3, 2003, this Court would be constrained to dismiss this action for lack of subject matter jurisdiction (thus automatically vacating the initial status hearing date). Pretrial schedule on reverse of minute order. |
| (11) | ■ | [For further detail see order on the reverse side of the original minute order.] order attached to the original minute |

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | NOV 24 2003 date docketed | 2 |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | 11/21/2003 | |
| | Copy to judge/magistrate judge. | | date mailed notice | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN mailing deputy initials | |

MEMORANDUM ORDER

This order is being entered shortly after the filing of the Complaint. Counsel for plaintiff(s) are ordered to cause a copy of this order to be delivered forthwith to each defendant in the same manner that process has been or is being served on such defendant.

There will be a status hearing--a "scheduling conference," as that term is used in attached Fed. R. Civ. P. ("Rule") 16(b) at 9:00 a.m. on January 16, 2004 (the "Status Hearing Date"). Counsel for plaintiff(s) and for each defendant that has been served with process or has appeared at least 28 days before that Status Hearing Date are ordered to meet not later than 14 days before the Status Hearing Date[1] to comply with the provisions of attached Rule 26(f) and this District Court's LR 26.1 (also attached). Counsel for the parties are urged to undertake serious settlement efforts before the scheduled Status Hearing when no major investment in counsel's time (and clients' money) has yet taken place. If such efforts are unsuccessful, counsel should be prepared at the Status Hearing to discuss briefly their proposed discovery plan and other subjects appropriate for inclusion in the scheduling order as referred to in Rule 16(b).

Instead of the scope of mandatory initial disclosure prescribed by Rule 26(a)(1) as amended effective December 1, 2000, each party is ordered to provide to other parties the broader categories of information that were prescribed in Rules 26(a)(1)(A) and (B) before such amendment (see copies attached).

---

[1] If any party is unrepresented by counsel, that party must comply with this order personally.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MOIRAV SHALTIEL, )
)
        Plaintiff, )
)
v. ) No. 03 C 8348
)
FORTIS INSURANCE COMPANY, )
)
        Defendant. )

DOCKETED
NOV 2 4 2003

MEMORANDUM ORDER

Moirav Shaltiel ("Shaltiel") has just sued Fortis Insurance Company ("Fortis"), seeking a declaratory judgment pursuant to 28 U.S.C. §2201[1] and invoking federal jurisdiction on diversity of citizenship grounds (of course Section 2201 does not itself serve as a fount of such jurisdiction). Because the Complaint is obviously deficient in one respect in that regard, this memorandum order is issued sua sponte to require Fortis' counsel to cure the flaw.

Complaint ¶2 properly identifies Shaltiel's Illinois citizenship, but Complaint ¶3 says only this about Fortis:

> Defendant Fortis Insurance Company is an insurance company having its principal place of business in Milwaukee, Wisconsin.

Because Section 1332(c)(1) specifies dual corporate citizenship, and because the Complaint has not identified Fortis' state of incorporation, Shaltiel's counsel must return to the drawing

---

    [1] All further references to Title 28's provisions will simply take the form "Section--."



board to supplement the Complaint by an amendment providing that information.

It would seem unlikely that Fortis is an Illinois corporation so as to defeat the existence of diversity, so that curing the defect identified here will presumably be an easy task. Accordingly this Court is contemporaneously issuing its customary initial scheduling order. But if no curative amendment to the Complaint is filed in this Court's chambers on or before December 3, 2003, this Court would be constrained to dismiss this action for lack of subject matter jurisdiction (thus automatically vacating the initial status hearing date).

_____
Milton I. Shadur
Senior United States District Judge

Date: November 21, 2003